MICHELE BECKWITH
Acting United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RONALD PAUL SEPULVEDA,<br>SAMUEL O. MORALES, AND<br>ALLEN DAVID FONG,<br>            Defendants. | CASE NO. 2:23-CR-00271-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND [PROPOSED] ORDER |

**STIPULATION**

1. By previous order, this matter was set for status on June 6, 2025.

2. By this stipulation, the parties now move to continue the status conference until August 22, 2025, and to exclude time between June 6, 2025, and August 22, 2025, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) All parties subject to this stipulation have appeared on the Superseding Indictment. The government has produced discovery including cell phone extractions of multiple devices, social media search warrant returns, investigative reports, financial records, and other materials constituting voluminous data. This material was produced pursuant to a proposed Protective Order. Moreover, the nature of the charges contained within the

superseding indictment, volume of discovery, and number of defendants make the case unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

      b)     Counsel for defendants will require additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government also requires additional time to submit a proposed Protective Order to govern the sharing and review of discovery, to produce the voluminous discovery, and to coordinate the initial appearance of Defendant Alexis Rodriguez in the Eastern District of California.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 6, 2025 to August 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 28, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ ROBERT C. ABENDROTH*
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated: May 28, 2025    By: */s/ Megan Taylor Hopkins*
MEGAN TAYLOR HOPKINS
Counsel for Ronald Paul Sepulveda

Dated: May 28, 2025    By: */s/ Mark Joseph Reichel*
MARK JOSEPH REICHEL
Counsel for Samuel O. Morales

Dated: May 28, 2025    By: */s/ David Delmer Fischer*
DAVID DELMER FISCHER
Counsel for Allen David Fong

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference as to Ronald Paul Sepulveda, Samuel O. Morales, and Allen David Fong scheduled for June 6, 2025, at 9:30 a.m. is VACATED and RESET for August 22, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between June 6, 2025 and August 22, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) [Local Codes T2 and T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **May 30, 2025**

Dena Coggins
United States District Judge