HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RONALD SEPULVEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00271-DC-4 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| RONALD SEPULVEDA, | Judge: Hon. Dena Coggins |
| Defendant. | Date: March 20, 2026<br>Time: 9:30 AM |

Ron Sepulveda, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Robert Abendroth, hereby stipulate to and request an order from this Court continuing the change of plea hearing in this matter from March 20, 2026 at 9:30 am to April 17, 2026 at 9:30 am.

The reason for the continuance is due to a last-minute medical necessity for Mr. Sepulveda, who is currently bedridden with a high fever, under an in-home nurse's care after a recent discharge from the hospital, and unable to travel to court and participate in his change of plea. The government does not object to the continuance.

Based on the foregoing the parties agree that the ends of justice served by resetting the change of plea hearing date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time through April 17, 2026, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Stipulation to Continue Change of Plea Hearing                    -1-                    *United States v. Sepulveda*

The parties agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: March 19, 2026                          Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Public Defender

                                               */s/ Megan T. Hopkins*
                                               MEGAN T. HOPKINS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               RONALD SEPULVEDA


                                               ERIC GRANT
                                               United States Attorney


DATED: March 19, 2026                          */s/ Robert Abendroth*
                                               ROBERT ABENDROTH
                                               Assistant United States Attorney
                                               Attorney for Plaintiff

Stipulation to Continue Change of Plea Hearing          -2-                    *United States v. Sepulveda*

# ORDER

IT IS HEREBY ORDERED as to Ronald Sepulveda, the court, having received, read and considered the parties' stipulation filed on March 19, 2026 (Doc. No. 142), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Change of Plea Hearing scheduled for March 20, 2026, is VACATED and RESET for April 17, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between March 20, 2026 and April 17, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 19, 2026**

_____
Dena Coggins
United States District Judge

Stipulation to Continue Change of Plea Hearing            -3-            *United States v. Sepulveda*