MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
RONALD SEPULVEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>RONALD SEPULVEDA,<br><br>                    Defendant. | Case No.  2:23-cr-00271-DC<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF CHANGE OF PLEA HEARING<br><br>Date: April 17, 2026<br>Time: 9:30 a.m.<br>Judge:  Hon. Dena Coggins |

**STIPULATION**

Ron Sepulveda, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Robert Abendroth, hereby stipulate to and request an order from this Court continuing the change of plea hearing in this matter from April 17, 2026 at 9:30 am to May 15, 2026 at 9:30 am. The reason for the continuance is due to a last-minute medical necessity for Mr. Sepulveda, who is currently hospitalized for a serious infection, without a projected discharge date at this time. Accordingly, he is unable to travel to court and participate in his change of plea hearing until he recovers and is discharged. The government does not object to the continuance.

Based on the foregoing the parties agree that the ends of justice served by resetting the change of plea hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through May 15, 2026, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

(B)(iv). The parties further agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 16, 2026                    Respectfully submitted,

                                         */s/ Megan T. Hopkins*
                                         MEGAN T. HOPKINS
                                         Attorney for Defendant
                                         RONALD SEPULVEDA

                                         ERIC GRANT
                                         United States Attorney

DATED: April 16, 2026                    */s/ Robert Abendroth*
                                         ROBERT ABENDROTH
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

STIPULATION RE CONTINUANCE OF JUDGMENT AND SENTENCING

2

## ORDER

IT IS HEREBY ORDERED as to Ronald Paul Sepulveda, the court, having received, read and considered the parties' stipulation filed on April 16, 2026 (Doc. No. 149), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Change of Plea Hearing scheduled for April 17, 2026, is VACATED and RESET for May 15, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between April 17, 2026 and May 15, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **April 16, 2026**    _____

Dena Coggins
United States District Judge

STIPULATION RE CONTINUANCE OF JUDGMENT AND SENTENCING

3