MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 Second Street, Second Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Fax: 916-441-4299

Attorney for Defendant
RONALD PAUL SEPULVEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD PAUL SEPULVEDA,<br><br>Defendant. | Case No. 2:23-cr-00271-DC-4<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Judge: Hon. Dena Coggins<br>Date: October 30, 2026<br>Time: 9:30 a.m. |

Ronald Paul Sepulveda, by and through his attorney of record, Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Robert Abendroth, hereby stipulate to and request an order from this Court continuing the sentencing hearing in this matter from October 30, 2026, at 9:30 a.m. to December 18, 2026, at 9:30 a.m.

The continuance is requested because Mr. Sepulveda is not in a stable enough medical condition to travel to Sacramento for sentencing at this time. He was recently seen in the emergency room to treat an infection, after which his attending wound care nurse determined it would be necessary for him to consult with a foot specialist regarding a new wound on his foot. Mr. Sepulveda has also been referred to a surgeon to address a second wound that has not healed, is presently at a stage 3 level of infection, and requires intervention. Both his primary care doctor and the foot specialist advise him to keep his leg elevated at all times, and not to travel at this time.

The parties have determined that December 18, 2026, is a mutually convenient date for the sentencing hearing, where the Court is already holding a criminal calendar and the probation officer has confirmed availability. It is anticipated that Mr. Sepulveda will be in an improved condition and able to travel for the hearing in December. The government does not object to the continuance, based upon the reasons stated above. Consistent with a sentencing date of December 18, 2026, the parties agree that formal objections to the PSR will be filed by December 4, 2026, and sentencing memoranda will be filed by December 11, 2026.

Based upon the foregoing, the parties request that this matter be continued for sentencing on December 18, 2026, at 9:30 a.m.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
RONALD PAUL SEPULVEDA

ERIC GRANT
United States Attorney

DATED: October 15, 2026

*/s/ Robert Abendroth*
ROBERT ABENDROTH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED as to Ronald Paul Sepulveda, the court, having received, read and considered the parties' stipulation filed on October 15, 2026 (Doc. No. 185), and good cause appearing therefrom, APPROVES, *as modified,* the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for October 30, 2026, is VACATED and RESET for December 18, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than December 4, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than December 10, 2026, by 12:00 PM (opposed to December 11, 2026).

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dena Coggins
United States District Judge